# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

      vs.

LORENA VILLAREAL GARCIA (2),

                 Defendant.

CASE NO. 11CR1924-BEN

**JUDGMENT OF DISMISSAL**

FILED

JUL 2 8 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

\_\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

21 U.S.C. §952 and 960; 18 U.S.C. §2.

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 27, 2011

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE